John W. Shaw, SBN: 82802
Holiday D. Powell, SBN: 245135
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:     (213) 891-9100
Facsimile:      (213) 488-1178

Attorneys for Defendants,
**SMITH & NEPHEW, INC.**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| LOREN HENRY,<br>              Plaintiff,<br><br>   vs.<br><br>SMITH & NEPHEW, INC.<br><br>              Defendants. | Case No. 2:11-CV-01014-KJM-CMK<br>Complaint Filed: March 14, 2011<br><br>**STIPULATION TO STRIKE PLAINTIFF'S EIGHTH AND NINTH CAUSE OF ACTION FOR FRAUD AND PUNITIVE DAMAGES AND ORDER THEREON** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**COMES NOW** Defendant Smith & Nephew, Inc. and Plaintiff Loren Henry and for good consideration stipulate as follows:

1.    Plaintiff's Eighth Cause of Action for Punitive Damages in his product liability lawsuit is hereby stricken, without prejudice, including but not limited to Paragraphs 65 through 68 of the Complaint and the Prayer for Relief, Paragraph 6, page 14, Line 13 of the Complaint.

    2.   Plaintiff's Ninth Cause of Action for Fraud is hereby stricken, without prejudice, including but not limited to Paragraphs 69 through 76 of the Complaint.

Dated:  June 6, 2011                            MORRIS POLICH & PURDY LLP

                                                By: /s/ John W. Shaw
                                                    John W. Shaw
                                                    Holiday D. Powell
                                                    Attorneys for Defendants,
                                                    **SMITH & NEPHEW, INC**

Dated:  June 1, 2011                            ALTEMUS & WAGNER

                                                By: /s/ Stewart C. Altemus (as authorized
                                                    on June 1, 2011
                                                    Stewart C. Altemus, Esq.
                                                    Attorney for Plaintiff,
                                                    **LOREN HENRY**

     IT IS SO ORDERED.

Dated:  June 17, 2011.

                                                _____
                                                UNITED STATES DISTRICT JUDGE